**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANNA JARVIS | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 4:19-cv-2690 |
| | ) | |
| v. | ) | |
| | ) | |
| AMCOL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT AMCOL SYSTEMS, INC.'S NOTICE OF REMOVAL

COMES NOW Amcol Systems, Inc., by and through counsel, to file this Notice of Removal.

### REMOVED ACTION

1. Amcol Systems, Inc. ("Defendant") is the named Defendant in a civil action Plaintiff filed in the Circuit Court of the City of St. Louis, Missouri on September 3, 2019.

### PAPERS FROM REMOVED ACTION

2. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 2.03, Defendant has attached to this Notice of Removal a copy of the documents filed in State Court for the removed case, including a copy of all process, pleadings, and orders served on Defendant on September 27, 2019.

### THE VENUE REQUIREMENT IS SATIFSFIED

3. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the State Court action is pending.

## REMOVAL IS TIMELY

4. Plaintiff's Petition was served upon Defendant on September 27, 2019. This Notice of Removal is filed within thirty (30) days of Defendant's receipt of Plaintiff's Petition, and is thus timely filed under 28 U.S.C. § 1446(b).

## FEDERAL QUESTION

5. According to Plaintiff's Petition, this is an action for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* ("FDCPA").

6. Under FDCPA § 1692k(d), this Court has original federal question subject matter jurisdiction of this action without regard to the amount in controversy. In addition, this action arises under the laws of the United States, specifically the FDCPA. Therefore, this Court has subject matter jurisdiction under 28 U.S.C. § 1331. Accordingly, this action may be removed to this Court, as provided by 28 U.S.C. 1441(a) and (c)(1)(A).

## FILING OF REMOVAL PAPERS

7. Under 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff's counsel, and a Notice to Clerk of Removal has been simultaneously filed with the Circuit Court of the City of St. Louis, State of Missouri.

WHEREFORE, Defendant Amcol Systems, Inc. does hereby remove the above captioned action from the Circuit Court of the City of St. Louis, State of Missouri and requests that further proceedings be conducted in this Court as provided by law.

Respectfully submitted,

**AMCOL SYSTEMS, LLC**

By:  /s/ Dennis J. Barton III
Dennis J. Barton III    #55176MO
The Barton Law Group, LLC
17600 Chesterfield Airport Road, Suite 201
Chesterfield, Missouri   63005

          Telephone: (636) 778-9520
          Facsimile: (636) 216-6004
          dbarton@bartonlawllc.com
          Attorney for Defendant

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on October 1, 2019, a true copy of the foregoing was served upon the party below by the federal court's CM/ECF:

Richard A. Voytas, Jr., #52046
rick@rossvoytas.com
12444 Powerscourt Drive, Ste 370
St. Louis, MO 63131
Phone: (314) 394-0605
Fax: (636) 333-1212
Attorney for Plaintiff

                /s/ Dennis J. Barton III